IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LEAUMA BEN ALEFOSIO, | ) | CV 24-00329 JMS-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING THE |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | AMENDED FINDINGS AND |
| THE HAWAII EQUAL | ) | RECOMMENDATION TO DENY |
| EMPLOYMENT OPPORTUNITY | ) | WITHOUT PREJUDICE ECF NO. |
| COMMISSION (EEOC) OFFICE; | ) | [24] MOTION FOR DEFAULT |
| THE AMERICAN SAMOA | ) | JUDGMENT AND ECF NO. [31] |
| GOVERNMENT, | ) | REQUEST FOR THE COURT |
| | ) | CLERK TO ENTER DEFAULT |
| Defendants. | ) | JUDGMENT |
| _____ | ) | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED
FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE
ECF NO. [24] MOTION FOR DEFAULT JUDGMENT AND ECF NO. [31]
REQUEST FOR THE COURT CLERK TO ENTER DEFAULT JUDGMENT

Amended Findings and Recommendation having been filed and served on all parties on January 14, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge