IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LEAUMA BEN ALEFOSIO, | ) | CV 24-00329 JMS-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING THE |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| THE HAWAII EQUAL | ) | RECOMMENDATION TO DENY |
| EMPLOYMENT OPPORTUNITY | ) | WITHOUT PREJUDICE ECF NO. |
| COMMISSION (EEOC) OFFICE; | ) | [46] REQUEST FOR THE COURT |
| THE AMERICAN SAMOA | ) | CLERK TO ENTER DEFAULT |
| GOVERNMENT, | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE
ECF NO. [46] REQUEST FOR THE COURT CLERK
TO ENTER DEFAULT JUDGMENT

Findings and Recommendation having been filed and served on all parties on February 10, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are ADOPTED as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge